UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

2012 DEC 18 PM 12: 26

CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

CHRISTOPHER FEDERLINE,
PLAINTIFF

CASE NO._____

V.

8:12-cv-2841 T 23 TBM

BRITNEY JEAN SPEARS;
COMIC CONQUERORS, D/B/A
COMICCONQUERORS.COM,
DEFENDANT'S

PETITION FOR PRELIMINARY INJUNCTION
TEMPORARY RESTRAINING ORDER, TRO

Comes Now, the plaintiff, Christopher Federline, in pro-se, seeking a injuction and restraining order
against pop star Britney Spears and Comic Conquerors which is located in Cape Coral Florida. I am the older brother of Kevin Federline, and Britney Spears had a relationship with my brother. Last
week Britney Spears went to Kevins house to pick up Sean Preston & Jayden James and my wallet was on Kevins coffee table, when Britney opened it up and stole my Capital One credit card. Then Britney Spears used my stolen credit card without my consent to order 4,569.02 worth of comic books
for her children at Comic Conquerors at comicconquerors.com . I disbuted this charge when I got my
credit card statement and I called the owner of Comic Conquerors, Charles Nunez who told me that
Britney Spears is a longtime customer and she used the credit card to purchase mad magazine, betty boop,
and archie comics and Nunez told me he will not give me a refund . I called britney on the phone and she laughed at me .told me my brother Kevin ruined her life, Britney made fun of me and told me I have a small
penis, she also blackmailed me and told me if I tell the police that she stole my credit card that she will tell
the world I'm the true father of Sean Preston, not Kevin. I do confess I slept with Britney, and I am the true
father, but the public does not need to know. I seek a restraining order from Britney Spears. She is out
of control and a maniac.
Dated: 12/6/12

Christopher Federline
825 8th ave floor 29
NY,NY 10019

