United States District Court
801 N. Florida Ave
Tampa, Florida 33602

33602380099