UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHRISTOPHER FEDERLINE,

    Plaintiff,

v.                            CASE NO.: 8:12-cv-2841-T-23TBM

BRITNEY JEAN SPEARS, et al.,

    Defendant.
_____/

**ORDER**

    For the reasons stated in *Romano v. Kardashian*, No. 8:12-cv-1330 (M.D. Fla. June 15, 2012), *Romano v. Kardashian*, No. 6:12-cv-908 (M.D. Fla. June 18, 2012), and *Jolie v. Pitt*, 8:12-cv-1357-T-23TBM (M.D. Fla. June 19, 2012), this action is **DISMISSED WITH PREJUDICE**. The clerk is directed to (1) deny the motion (Doc. 1) for a temporary restraining order and (2) close the case.

    ORDERED in Tampa, Florida, on December 20, 2012.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE